**MEMO ENDORSED**

# NEWMAN FERRARA LLP

1250 Broadway, 27th Floor • New York, NY 10001
tel: 212-619-5400 • fax: 212-619-3090
www.nfllp.com

October 18, 2012

VIA FACSIMILE (914) 390-4298

Honorable Edgardo Ramos
United States District Court Judge
United States District Court for the Southern
District of New York
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> *Pre-motion conference to be held on Nov. 1, 2012 at 11:00 am. Opposing counsel to state position by letter (not to exceed 3 pages) by Oct. 26, 2012. Dated: Oct. 19, 2012*
>
> **SO ORDERED:**
>
> HON. EDGARDO RAMOS
> UNITED STATES DISTRICT JUDGE

Re: *Jane Roe, et al. v. Empire Blue Cross Blue Shield, et al.,*
Case No. 12 cv 4788 (ER)

Dear Judge Ramos:

We represent the plaintiffs in the above matter. We write to respectfully inform Your Honor about the Second Circuit's decision in *Windsor v. United States*, Docket No. 12-2335, published earlier today in which the court declared Section 3 of the Defense of Marriage Act "DOMA" unconstitutional.

In light of the *Windsor* decision, Plaintiffs intend to file a motion for a preliminary injunction declaring that the Defendants are precluded from denying Plaintiffs health insurance benefits because they are a same-sex married couple. Accordingly, Plaintiffs respectfully request a pre-motion conference to discuss the proposed motion with the Court and counsel.

Thank you for your consideration of this matter.

Respectfully yours,

NEWMAN FERRARA LLP

Jeffrey M. Norton

cc: *All Counsel of Record (via fax)*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2012