# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

**MEMO ENDORSED**

The application is ☒ granted. ☐ denied.

_____  11/25/13  
Nelson S. Román, U.S.D.J.  
Dated: Nov. 25, 2013  
White Plains, New York 10601

Briefing schedule is extended as follows: Defendants' opposition/reply papers to be served on Dec. 24, 2013; and Plaintiffs' reply papers to be served on Jan. 24, 2014. All motion documents are to be filed on Jan. 24, 2014.

November 21, 2013

VIA FAX: (914) 390-4179

Hon. Nelson S. Roman  
U.S. District Court  
300 Quarropas Street  
White Plains, New York 10601

Re: Doe, et al. v. Empire BCBS, et al, 12-cv-4788 (NSR)

Dear Judge Roman:

This law firm represents St. Joseph's Medical Center. I write with consent of the parties jointly to request a modification of the briefing schedule concerning defendants' time to oppose plaintiffs' cross-motion for preliminary injunction and reply on their motions to dismiss and plaintiffs' time to reply on their cross-motion. Defendants' opposition/reply papers are currently due on December 2, 2013, and plaintiffs' reply papers are currently due on December 23, 2014. The new dates would be December 24, 2013 and January 24, 2014.

We make this request for a number of reasons: (1) to afford St. Joseph's co-counsel, The Becket Fund for Religious Liberty, an opportunity to appear in the action, obtain pro hac vice admission as needed, and contribute to the papers, (2) to address potential conflicts in plaintiffs' counsels' calendar, including a scheduled trial date in San Francisco, CA, and (3) to accommodate everyone in their holiday schedules.

This is the first request to modify the briefing schedule.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 11/25/2013

Very truly yours,

/s/ Arthur J. Robb

Arthur J. Robb

Cc: Jeffrey Norton, Esq.  
Robert Scher, Esq.