UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE ROE AND JANE DOE, individually and
on behalf of all others similarly situated,

                Plaintiffs,          12 **CIVIL** 04788 (NSR)

    -against-                    **JUDGMENT**

EMPIRE BLUE CROSS BLUE SHIELD and
ST. JOSEPH'S MEDICAL CENTER,

                Defendants.
-----------------------------------------------------------X

        Defendant St. Joseph's Medical Center having moved to dismiss on January 24, 2014 (Doc. #28) and plaintiffs having moved for preliminary injunction on January 24, 2014 (Doc. #32) and defendant Empire Blue Cross Blue Shield having moved to dismiss on January 27, 2014 (Doc. #37), and the matter having come before the Honorable Nelson S. Román, United States District Judge, and the Court thereafter, on May 1, 2014, having handed down its Opinion and Order (Doc. #45) granting Defendants' Motions to dismiss, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order (Doc. #45), Defendants' Motion to dismiss is granted and the Complaint is dismissed; accordingly, the case is closed.

**Dated:** White Plains, New York
         May 2, 2014

                                                             CLERK

                                             **RUBY J. KRAJICK**
                                               Clerk of Court

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```